

| | THE CITY OF NEW YORK | |
|---|---|---|
| GEORGIA M. PESTANA<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MORGAN C. MCKINNEY<br>*Senior Counsel*<br>Phone: (212) 356-2012<br>Fax: (212) 356-3509<br>Email: mmckinne@law.nyc.gov |

February 25, 2022

*This request is granted. That initial pretrial conference scheduled for March 7, 2022 is adjourned to April 11, 2022 at 2:00 p.m. At the scheduled time, counsel for all parties shall call 866-434-5269, access code: 9176261. The deadline for the parties to file a status letter is adjourned to April 4, 2022.*

*SO ORDERED.*
*Date: February 28, 2022*
*New York, New York*

_____
JOHN P. CRONAN
United States District Judge

BY ECF
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   Alex Parkinson v. City of New York, et al.,
      21-CV-04113 (JPC)

Your Honor:

I am the Senior Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, representing defendants City of New York ("City"), Officer Robert Price and Lieutenant Kevin Mulhern in the above-referenced matter. The parties jointly respectfully request an extension of time to file the February 28, 2022 Status Letter and an adjournment of the March 7, 2022 Initial Conference to a date and time after the parties' participation in the anticipated April 1, 2022 Mediation, pursuant to Local Civil Rule 83.1 (the Plan). This is the first request for an extension of the Status Letter and adjournment of the Initial Conference in this matter and the adjournment should not affect any future scheduling deadlines.

By way of background, the parties conferred with their assigned mediator on February 25, 2022 whereupon it was decided that the most convenient date and time to conduction the mediation, including for the mediator who required additional time to familiarize himself with the case, was April 1, 2022. A date for the April 1, 2022 mediation was then set on the Civil Docket. (See Civil Docket Entry filed February 22, 2022). Therefore, the parties believe that it would be more time effective to file a Status Letter with the Court and set an Initial Conference to discuss a case management plan, for a date and time convenient to the Court, following the parties' participation in the anticipated April 1, 2022 mediation.

Thank you for the Court's consideration herein.

Respectfully submitted,

*Morgan C. McKinney*
Morgan C. McKinney, Esq.
Senior Counsel
Special Federal Litigation Division

cc:   <u>VIA ECF</u>
      Jessica Massimi, Esq.
      *Attorney for Plaintiff*