JESSICA MASSIMI
ATTORNEY AT LAW
99 Wall Street, Suite 1264
New York, NY 10005
Jessica.Massimi@gmail.com
646-241-9800

March 31, 2022

**VIA ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

    Re: *Alex Parkinson v. The City of New York, et al.*, 21 CV4113 (JPC)
       **Adjournment Request**

Your Honor:

  I represent Plaintiff. I write to request an adjournment of the initial conference currently scheduled for April 11, 2022, to May 11th at 3:00 p.m., or anytime on May 13th or 16th. Defendants consent to this request. This is the second request for an adjournment of the initial conference, with the parties first requesting an adjournment on February 25, 2022, which the Court granted.

  The parties have provided mediation statements to the mediator, and have participated in a pre-mediation call. The reason for this request is that, due to a personal emergency, Plaintiff is unable to attend the April 1, 2022 mediation as planned and required. We request this adjournment to allow time to reschedule and hold the mediation and to thereafter inform the Court that this case has settled or that a preliminary conference is required.

  Plaintiff thanks the Court for its time and consideration.

Respectfully submitted,

*Jessica Massimi*

JESSICA MASSIMI
99 Wall Street, Suite 1264
New York, NY 10005
Jessica.Massimi@gmail.com
646-241-9800
*Attorney for Plaintiff*
*Alex Parkinson*

The Court grants the request to adjourn the April 11, 2022 Initial Pretrial Conference. The April 11, 2022 Initial Pretrial Conference is adjourned until May 23, 2022 at 10:30 a.m. At the scheduled time, counsel for all parties shall call 866-434-5269, access code: 9176261. The deadline for the parties to file a status letter is adjourned to May 16, 2022.

SO ORDERED.
Date: April 1, 2022
  New York, New York

_____
JOHN P. CRONAN
United States District Judge