UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

ALEX PARKINSON,                                          Docket No.: 21 CV 4113 (JPC)

                      Plaintiff,              **ORDER**

-against-

THE CITY OF NEW YORK,
NYPD LIEUTENANT KEVIN MULHERN, TAX 948390,
NYPD OFFICER ROBERT PRICE, TAX 948117,
AND JOHN DOES 1-3,

                      Defendants.
-------------------------------------------------------------------------X

       IT IS HEREBY ORDERED that Rikers Island Correctional Facility provide the Plaintiff in this matter, Alex Parkinson (Book and Case Number 4412200664), with access to a telephone or videoconferencing on May 27, 2022 at 10:00 a.m. so that he may participate in a mediation by dialing his attorney, Jessica Massimi, at 646-241-9800.

       IT IS FURTHER ORDERED that Rikers Island Correctional Facility shall cooperate with counsel for the Plaintiff in arranging the telephone or videoconference call described above.

Dated: New York, New York
         ~~May 13~~, 2022
         May 16

                                                 SO ORDERED:

                                                _____
                                                The Honorable John P. Cronan
                                                United States District Judge