## JESSICA MASSIMI
## ATTORNEY AT LAW

99 Wall Street, Suite 1264
New York, NY 10005
Jessica.Massimi@gmail.com
646-241-9800

July 1, 2022

**VIA ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

          Re:   *Alex Parkinson v. The City of New York, et al.*, 21 CV 4113 (JPC)
                   **Extension Request**

Your Honor:

      I represent Plaintiff. I write to request an extension of today's deadline to file the stipulation of dismissal up to and including August 1, 2022. Defendants consent to this request. This is the first request for an extension of this deadline. The reason for this request is because I am awaiting the signed settlement paperwork back from the Plaintiff, Mr. Parkinson. This process is taking longer than usual because Mr. Parkinson is currently detained at Rikers.

      I apologize for not filing this request before the 48-hour extension request deadline and ask that the Court excuse this oversight. I recently gave birth to my second child three weeks ago and intended to file this request two days ago but have had limited time.

      Plaintiff thanks the Court for its time and consideration.

                                                Respectfully submitted,

                                                *Jessica Massimi*
                                                JESSICA MASSIMI

---

The Court grants this extension request. If the parties have not filed a stipulation of dismissal by August 1, 2022, then the parties shall file a joint status letter by that date.

The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 39.

SO ORDERED.
Date: July 5, 2022
    New York, New York

                        *[signature]*
                        JOHN P. CRONAN
                        United States District Judge