JESSICA MASSIMI
ATTORNEY AT LAW
99 Wall Street, Suite 1264
New York, NY 10005
Jessica.Massimi@gmail.com
646-241-9800

July 28, 2022

**VIA ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

    Re: *Alex Parkinson v. The City of New York, et al.*, 21 CV 4113 (JPC)
       **Extension Request**

Your Honor:

  I represent Plaintiff. I write to request an extension of the August 1, 2022 deadline to file the stipulation of dismissal up to and including August 31, 2022. Defendants consent to this request. This is the second request for an extension of this deadline. The reason for this request is because I am awaiting the signed settlement paperwork back from Plaintiff, Mr. Parkinson. Mr. Parkinson is currently incarcerated at Rikers. Mr. Parkinson has received the settlement paperwork and is in the process of having it notarized at Rikers.

  Plaintiff thanks the Court for its time and consideration.

                  Respectfully submitted,

                  JESSICA MASSIMI

The Court grants the extension request. If the parties have not filed a stipulation of dismissal by August 31, 2022, then the parties shall file a joint status letter by that date. The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 41.

SO ORDERED.
Date: July 29, 2022
  New York, New York

             _____
             JOHN P. CRONAN
             United States District Judge